```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| ROGER SWARTZ, : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO. 21-4330 |
| : | |
| v. : | |
| : | |
| THE BOARD OF TRUSTEES AT THE : | |
| UNIVERSITY OF PENNSYLVANIA, et al. : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW** this **23rd** day of **March, 2022,** upon consideration of the motions to dismiss filed by the Princeton Defendants, the Penn Defendants, and the RBC Defendants (ECF Nos. 10, 47, 51), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

    1.   the motions for leave to file replies (ECF Nos. 18, 55, 64) are **GRANTED**; and

    2.   the motions to dismiss (ECF Nos. 10, 47, 51) are **GRANTED** and the case is **DISMISSED with prejudice.**

        **AND IT IS SO ORDERED.**


                            **/s/ Eduardo C. Robreno**
                            **EDUARDO C. ROBRENO,   J.**